IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Frank

Printed: 8/5/08

Case Number:  05 B 23230
Judge:  Wedoff, Eugene R
Filed:  6/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 11, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 49,168.00 |  |
| Secured: |  | 9,689.17 |
| Unsecured: |  | 33,509.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,506.90 |
| Other Funds: |  | 762.28 |
| Totals: | 49,168.00 | 49,168.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | American General Finance | Secured | 1,024.29 | 1,024.29 |
| 3. | Monterey Financial Services | Secured | 1,024.29 | 1,024.29 |
| 4. | AmeriMark Bank | Secured | 7,640.59 | 7,640.59 |
| 5. | Clark Retail Enterprises Inc | Unsecured | 329.44 | 329.44 |
| 6. | Monterey Financial Services | Unsecured | 494.00 | 494.00 |
| 7. | Marshall Field & Company | Unsecured | 526.01 | 526.01 |
| 8. | Aspire Visa | Unsecured | 1,081.65 | 1,081.65 |
| 9. | ECast Settlement Corp | Unsecured | 10,915.08 | 10,915.08 |
| 10. | Resurgent Capital Services | Unsecured | 162.53 | 162.53 |
| 11. | American General Finance | Unsecured | 3,074.53 | 3,074.53 |
| 12. | AmeriMark Bank | Unsecured | 350.00 | 350.00 |
| 13. | ECast Settlement Corp | Unsecured | 3,624.60 | 3,624.60 |
| 14. | Resurgent Capital Services | Unsecured | 1,951.32 | 1,951.32 |
| 15. | Resurgent Capital Services | Unsecured | 1,828.19 | 1,828.19 |
| 16. | Resurgent Capital Services | Unsecured | 398.39 | 398.39 |
| 17. | ECast Settlement Corp | Unsecured | 1,347.78 | 1,347.78 |
| 18. | Resurgent Capital Services | Unsecured | 1,011.43 | 1,011.43 |
| 19. | Resurgent Capital Services | Unsecured | 2,983.95 | 2,983.95 |
| 20. | RoundUp Funding LLC | Unsecured | 638.59 | 638.59 |
| 21. | Capital One | Unsecured | 2,298.79 | 2,298.79 |
| 22. | Resurgent Capital Services | Unsecured | 493.37 | 493.37 |
| 23. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 24. | CitiFinancial | Unsecured |  | No Claim Filed |
| 25. | Citicorp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Frank

Printed: 8/5/08

Case Number: 05 B 23230
Judge: Wedoff, Eugene R
Filed: 6/10/05

$ 45,898.82         $ 45,898.82

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 103.90 |
| 5.5% | 722.11 |
| 5% | 209.12 |
| 4.8% | 398.88 |
| 5.4% | 897.38 |
| 6.5% | 175.51 |
|  | $ 2,506.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*